UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ICEE CO ET AL                                    CIVIL ACTION NO. 25-cv-008

VERSUS                                           JUDGE VAN HOOK

JEFF BRANTLEY                                    MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Plaintiffs have obtained entry of default, but the case has sat dormant for several months.  Plaintiffs are now directed to file, by **May 1, 2026**, a Motion for Default Judgment that is fully supported by affidavits, documentation or other evidence sufficient to prove the validity of service of process, the liability of the defendant, and the amount of any damages sought.  If this case has been resolved, Plaintiffs should file a stipulation of or motion for voluntary dismissal.

Many of the rules relevant to motions for default judgments can be found in Crain v. E&M Operating, L.L.C., No. 18-CV-00548, 2019 WL 6770732 (W.D. La. 2019).  The motion must be supported by a memorandum that explains the legal basis for liability and damages or other relief sought, and that states whether an evidentiary hearing is necessary under the rules explained in Crain and Leedo Cabinetry v. James Sales & Distribution, Inc., 157 F.3d 410, 414 (5th Cir. 1998).  The motion must be accompanied by a proposed judgment. If Plaintiffs fail to take the steps required by this order, this civil action may be dismissed for failure to prosecute.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 31st day of March, 2026.

**Mark L. Hornsby**
**U.S. Magistrate Judge**