## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| ICEE CO., ET AL. | CIVIL ACTION NO. 25-008 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| JEFF BRANTLEY | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 21, the Motion for Default Judgment as to Jeff Brantley, Record Document 14, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that plaintiffs' Motion for Default Judgment as to Jeff Brantley, Record Document 14, is **GRANTED.** The Court will issue a default judgment forthwith.

**DONE AND SIGNED** at Shreveport, Louisiana, this 15th day of June, 2026.

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**